STEVEN G. KALAR
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: John_Reichmuth@fd.org

Counsel for Defendant MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19–0265 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JOEL MILLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING presently set for December 18, 2019 at 10:30 a.m. before Hon. James Donato, be CONTINUED until January 15, 2020 at 10:30 a.m. for STATUS OR CHANGE OF PLEA

The reason for this request is that the defense still needs time to conduct additional discovery review, factual investigation into the allegations, and legal research. Discovery has been provided, but the government is still reviewing its position with regard to possible disposition. Defense counsel is also not available between December 23 and January 6, due to pre-planned taking of annual leave.

STIP. AND [PROPOSED] ORDER TO CONTINUE

1

The parties agree and stipulate that the time until January 15, 2020 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and the continuity of counsel.

Date  12/16/19

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant MILLER

Date    12/16/19

/s/
Leah Paisner
Special Assistant United States Attorney

ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from December 18, 2019, until January 15, 2020, outweigh the best interests of the public and the defendant in a speedy and public trial because additional discovery review, investigation, and legal research are necessary to the defense preparation of the case. Defense counsel will also be unavailable from December 23 until January 6, 2020.  Based on these findings, it is hereby

STIP. AND [PROPOSED] ORDER TO CONTINUE

ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H)(7)(A) and (B)(iv) from December 18, 2019, until January 15, 2020.  Further, it is

ORDERED that the STATUS hearing in this case be CONTINUED until January 15, 2020 at 10:30 a.m. for STATUS OR CHANGE OF PLEA

**IT IS SO ORDERED.**

Date  December 17, 2019                              _____
                                                     HON. JAMES DONATO
                                                     UNITED STATES DISTRICT JUDGE